IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-mj-07233-MJW

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**CARMEN MARGUERITE BRANNAN,**

    Defendant,

        and

**KARMAN, INC.**

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT
### ( Docket No. 18 )

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment directed to Karman, Inc. is GRANTED.

ORDERED and entered this 30th day of MAY, 2006.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE